In re SMITH & NEPHEW, INC., Petitioner.

Misc. No. 940.

United States Court of Appeals, Federal Circuit.

July 12, 2010.

## ON PETITION FOR WRIT OF MANDAMUS

### ORDER

Smith & Nephew, Inc. submit a letter indicating that the United States District Court for the Eastern District of Texas transferred the underlying case on July 6, 2010 and suggesting that their petition for a writ of mandamus is thus moot.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for a writ of mandamus is dismissed as moot.

(2) Each side shall bear its own costs.